IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL, INC.,

PLAINTIFF,

v.

UBS FINANCIAL SERVICES, INC.

DEFENDANT.

C.A. No. 1.12:00353 (RGA)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Pi-Net International, Inc. and UBS Financial Services, Inc. hereby stipulate to the dismissal, with prejudice, of all claims and counterclaims and causes of action brought in this case. Each party shall bear its own costs, expenses and attorneys' fees.

PAZUNIAK LAW OFFICE LLC

/s/ George Pazuniak
George Pazuniak (DBN 478)
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
(302) 478-4230
GP@del-iplaw.com

*Attorneys for Pi-Net International, Inc.*

ASHBY & GEDDES, P.A.

/s/ John Day
John G. Day (ID No. 2403)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashby-geddescom

*Attorneys for UBS Financial Services, Inc.*

SO ORDERED:

Dated: February 22, 2013

*/s/ Richard G. Andrews*
Judge